**The HOUSING AUTHORITY OF the CITY OF PAWTUCKET**

v.

**RHODE ISLAND STATE LABOR RELATIONS BOARD et al.**

No. 84–587–M.P.

Supreme Court of Rhode Island.
May 9, 1985.

John E. Farley, Pawtucket, for petitioner.

Vincent F. Kane, Legal Counsel to Labor Relations Board, Jeffrey W. Kasle, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.